IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GWEN FAULKENBERRY,**
**SPECIAL RENEE SANDERS,**
**ANIKA WHITFIELD,**
**AND KIMBERLY CRUTCHFIELD**                                              PLAINTIFFS

V.                    Case No. 4:25-CV-592-DPM

**ARKANSAS DEPARTMENT OF EDUCATION;**
**JACOB OLIVA,** in His Official Capacity as Secretary
of the Arkansas Department of Education**;**

**SARAH MOORE, Ph.D.,** Chairwoman of the
Arkansas State Board of Education;
**LISA HUNTER, JEFF WOOD, RANDY HENDERSON,**
**LEIGH S. KEENER, ADRIENNE WOODS,**
**KEN BRAGG, KATHY MCFETRIDGE-ROLLINS, AND**
**GARY ARNOLD, Ph.D., Members of the**
**Arkansas State Board of Education;**

**SARAH HUCKABEE SANDERS,**
**GOVERNOR of the STATE OF ARKANSAS**; and

**The ARKANSAS DEPARTMENT of FINANCE**
**and ADMINISTRATION**; and
**JIM HUDSON,** In His Official Capacity as
**Secretary of the Arkansas Department of**
**Finance and Administration**                                              DEFENDANTS

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Come the Plaintiffs, and for their Unopposed Motion for Extension of Time

within which to respond to the Defendants' Motion to Dismiss, state:

1

1. Plaintiffs filed the Complaint in this case on June 13, 2025.

2. Defendants filed a Motion to Dismiss with accompanying Brief in support of the Motion on July 28, 2025. Pursuant to Local Rule 7.2 of this Court, a response to such Motion is due fourteen (14) days after the date of service of such Motion and Brief, i.e., Monday, August 11, 2025.

3. The Motion presents multiple and complex issues, and the Brief in Response to the Motion requires considerable research into those issues. Plaintiffs' counsel is drafting the Response and Brief in support, but that and the press of other matters will make it difficult for counsel to finish a product that would be beneficial to the Court by the current deadline.

4. Plaintiff requests an extension of seven (7) days to August 18, 2025, in order to prepare and file a comprehensive response to the Motion to Dismiss.

5. There are no hearings or other proceedings scheduled, nor has a scheduling order been entered in this case. No party will be prejudiced by the granting of this Motion.

6. Counsel for Plaintiffs has conferred with counsel for the Defendants, and is authorized to state that counsel for the Defendants has no objection to the granting of this Motion.

**WHEREFORE**, Plaintiffs pray that they be granted an extension of time within which to file a response to the Defendants' Motion to Dismiss to and

including August 18, 2025.

        Respectfully submitted,

        Richard H. Mays
        Bar No. 61043
        Attorney for Plaintiffs
        **RICHARD MAYS LAW FIRM PLLC**
        2226 Cottondale Lane- Suite 210
        Little Rock, Arkansas  72202
        (501) 891-6116
        *rmays@richmayslaw.com*
        *njackson@richmayslaw.com*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below a copy of the Motion set forth above was served on all counsel of record through the Court's ECF service system. Counsel for Plaintiffs is unaware of any other party or attorney who may require service by another method.

Dated:  August 5, 2025.        */s / Richard H. Mays*
                                                    Richard H. Mays