# RICHARD MAYS
## LAW FIRM PLLC

Richard H. Mays
rmays@richmayslaw.com

Hannah Gore Gipson
hgoregipson@richmayslaw.com

501-891-6116
www.richmayslaw.com

**VIA ELECTRONIC MAIL**

September 8, 2025

Honorable D. P. Marshall Jr.
United States District Judge
600 West Capitol Avenue, Room B149
Little Rock, Arkansas 72201

Re:   *Faulkenberry v. Arkansas Department of Education*,
      U.S. District Court, E.D. Ark, No. 4:25-cv-592-DPM

Dear Judge Marshall:

This firm represents the Plaintiffs in the captioned matter. We filed a Complaint for Declaratory and Injunctive Relief on June 13, 2025, and the State Defendants, through the Office of the Arkansas Attorney General, filed a Motion to Dismiss the Complaint on July 25. We filed a Response to the State's Motion to Dismiss on August 18, 2025, and the State filed a Reply to our Response on August 27, 2025. Briefs were filed in support of each motion and response.

I believe that this joins the issues on the Motion to Dismiss.

There is also a Motion to Intervene filed on July 9 by Erika Lara, Katie Parrish, and Nikita Glendenning, which is pending, and on which I would like to be heard.

If the Court believes that a hearing would be beneficial to the Court, I request that the Court schedule a hearing on both Motions at the Court's earliest convenience.

Richard Mays Law Firm PLLC

Thank you for your usual kind attention to and consideration of these matters.

Sincerely,

RICHARD MAYS LAW FIRM PLLC

Richard H. Mays

RHM/njj

cc:   Ms. Autumn Hamit Patterson
      Solicitor General
      Office of Attorney General
      *Autumn.patterson@arkansasag.gov*

      Ms. Laura Purvis
      Assistant Attorney General
      Office of Attorney General
      *laura.purvis@arkansasag.gov*

      Mr. W. Whitfield Hyman
      King Law Group, PLLC
      300 North 6th Street
      Fort Smith, AR 72901
      *hyman@arkansaslawking.com*

      Mr. Thomas M. Fisher
      Bryan G. Cleveland
      EDCHOICE LEGAL ADVOCATES
      111 Monument Circle, Suite 2650
      Indianapolis, IN 46204
      *bcleveland@edchoice.org*

      Mr. Michael E. Bindas
      INSTITUTE FOR JUSTICE
      600 University Street, Suite 2710
      Seattle, WA 98101
      *mbindas@ij.org*