# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GWEN FAULKENBERRY,**
**SPECIAL RENE SANDERS,**
**ANIKA WHITFIELD, AND**
**KIMBERLY CRUTCHFIELD**                                                **PLAINTIFFS**

**v.**                              **Case No. 4:25-CV-592-DPM**

**ARKANSAS DEPARTMENT OF EDUCATION, ET AL.**                **DEFENDANTS**

## MOTION TO EXTEND TIME

For its motion to extend the time within which it must seek leave to reply to the State Defendants' response to its motion to intervene, the Little Rock School District (LRSD) states:

1.   On October 24, 2025 LRSD moved to intervene in this case. The State Defendants responded in opposition on November 7, 2025. LRSD intends to respond to the State Defendants' opposition by asking the Court for leave to file a reply brief.

2.   LRSD requires a short amount of additional time to prepare its reply brief and to ask the Court for leave to file it. LRSD therefore requests an additional seven (7) days, to and including November 21, 2025, within which to file its motion for leave and proposed reply brief.

3.   LRSD has contacted the lawyers in the Attorney General's office who represent the State Defendants, and they have said that they do not oppose this motion.

WHEREFORE, for the reasons set forth above, LRSD requests an extension of the time within which to seek leave of the Court to file a reply brief, to and including November 21, 2025.

        Respectfully submitted,

        Christopher Heller (Ark. Bar No. 81083)
        Khayyam M. Eddings (Ark. Bar No. 2002008)
        Liz K. Harris (Ark. Bar No. 2018111)
        Friday, Eldredge & Clark, LLP
        400 West Capitol, Suite 2000
        Little Rock, Arkansas 72201-3493
        Telephone:  (501) 370-1506
        Telephone:  (501) 370-1417
        Telephone:  (501) 370-1802
        Email:     heller@fridayfirm.com
        Email:     keddings@fridayfirm.com
        Email:     lharris@fridayfirm.com

By:   */s/ Christopher Heller*_____
       Christopher Heller

*Attorneys for Plaintiff Intervenor Little Rock School District*