IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GWEN FAULKENBERRY,
SPECIAL RENE SANDERS,
ANIKA WHITFIELD, AND
KIMBERLY CRUTCHFIELD**                                                                  **PLAINTIFFS**

v.                                            Case No. 4:25-CV-592-DPM

**ARKANSAS DEPARTMENT OF EDUCATION, ET AL.**                          **DEFENDANTS**

### LRSD'S MOTION FOR LEAVE TO FILE REPLY BRIEF

For its motion for leave to file a reply brief, the Little Rock School District (LRSD) states:

1. On October 24, 2025, LRSD filed a Motion to Intervene as a Plaintiff in this case and attached a proposed Complaint in Intervention. The Defendants responded in opposition to LRSD's motion on November 7, 2025.

2. Defendants have raised issues in their response in opposition which may be clarified by the filing of LRSD's reply brief.

3. LRSD believes this reply brief will assist the Court in deciding it's Motion for Leave to Intervene as a Plaintiff.

4. LRSD has attached a copy of its proposed reply brief as Exhibit 1 to this motion.

WHEREFORE, LRSD requests leave to file the attached reply brief, that it's Motion to Intervene as a Plaintiff be granted, and all other proper relief.

Respectfully submitted,

Christopher Heller (Ark. Bar No. 81083)
Khayyam M. Eddings (Ark. Bar No. 2002008)
Liz K. Harris (Ark. Bar No. 2018111)
Friday, Eldredge & Clark, LLP
400 West Capitol, Suite 2000
Little Rock, Arkansas 72201-3493
Telephone:  (501) 370-1506
Telephone:  (501) 370-1417
Telephone:  (501) 370-1802
Email:     heller@fridayfirm.com
Email:     keddings@fridayfirm.com
Email:     lharris@fridayfirm.com

By:     _/s/Christopher Heller_____
        Christopher Heller

*Attorneys for Plaintiff Intervenor Little Rock School District*