IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GWEN FAULKENBERRY; SPECIAL
RENEE SANDERS; KIMBERLY
CRUTCHFIELD; and ANIKA
WHITFIELD                                                                                       PLAINTIFFS

v.                          No. 4:25-cv-592-DPM

ARKANSAS DEPARTMENT OF
EDUCATION; JACOB OLIVIA, In His
Official Capacity as the Secretary of the
Arkansas Department of Education;
SARAH MOORE, PH.D., Chairwoman of
the Arkansas State Board of Education;
LISA HUNTER, JEFF WOOD, RANDY
HENDERSON, LEIGH S. KEENER,
ADRIENNE WOODS, KENN BRAGG;
KATHY MCFETRIDGE-ROLLINS, and
GARY ARNOLD, PH.D., MEMBERS OF
THE ARKANSAS STATE BOARD OF
EDUCATION; SARAH HUCKABEE
SANDERS, Governor of the State of
Arkansas; ARKANSAS DEPARTMENT
OF FINANCE AND ADMINISTRATION;
and JIM HUDSON, In His Official
Capacity as the Secretary of the Arkansas
Department of Finance and
Administration                                                                                  DEFENDANTS

## ORDER

**1.** The Court regrets its delay in focusing on this case. Oral argument on the motions to intervene and the motion to dismiss would, as Mr. Mays suggested, be beneficial. The Court will hold a hearing at 1:30 p.m. on Friday, 9 January 2026. We'll start with the intervention issues, then move to the motion to dismiss.

**2.** The Court would benefit from a sur-reply (ten-page limit) from the state defendants on Little Rock School District's standing and sovereign immunity arguments in *Doc. 25-1 at 4–15*. Sur-reply due by 31 December 2025.

**3.** The motions for *pro hac vice* admission of proposed intervenors' co-counsel, *Doc. 5–8*, are granted.

**4.** The Court notes the list of private schools approved for participation in the challenged educational account program, *Doc. 1 at 50–53*. I wanted to put some connections of record.

Approximately forty years ago, my wife taught for two years at Pulaski Academy. In the 1990s, I served as a director and board president of The Learning Center of Northeast Arkansas, a school for children with disabilities. The school now goes by the name TLC; and, according to the school's website, The Academy of TLC is a division of it. Approximately twenty years ago, one of my children attended Blessed Sacrament School in Jonesboro for several years. I recently recused in a Family and Medical Leave Act case brought by a former

employee against Blessed Sacrament Church & School and the current and former heads of the school. *Gunawan v. Blessed Sacrament Church & School*, No. 3:25-cv-265-BSM. I have many and deep connections with the families of those school leaders, as well as with the current parish priest, who is involved in school matters.

All material things considered, I do not believe any of my past or current connections would reasonably cause someone to question my impartiality in this case. 28 U.S.C. § 455(a). But, I wanted to put them of record now, so the parties and proposed intervenors could consider the matter at the threshold. Any motion for me to reconsider recusal is due by 31 December 2025.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 December 2025