# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GWEN FAULKENBERRY,**
**SPECIAL RENE SANDERS,**
**ANIKA WHITFIELD, AND**
**KIMBERLY CRUTCHFIELD**                                          **PLAINTIFFS**

v.                          Case No. 4:25-CV-592-DPM

**ARKANSAS DEPARTMENT OF EDUCATION, ET AL.**          **DEFENDANTS**

## MOTION TO CONTINUE ORAL ARGUMENT

Proposed Intervenor Little Rock School District respectfully moves the Court to continue the oral argument currently set for Friday, January 9, 2026, and states as follows:

1. By Order entered December 12, 2025, the Court scheduled oral argument on the pending motions to intervene and the motion to dismiss for January 9, 2026.

2. Undersigned counsel for Little Rock School District has a long-standing personal commitment made months before the hearing date was set, requiring out-of-state travel that cannot reasonably be altered.

3. Counsel's return travel is scheduled for the day of the hearing, creating an unavoidable conflict.

4. Little Rock School District respectfully requests only a brief continuance of the oral argument—by a few days—at the Court's convenience.

5. Counsel for Plaintiffs have indicated that they do not object to the requested continuance. At the time of filing, proposed intervenors have not yet heard from counsel for Defendants.

1

6.      This request is made in good faith and not for purposes of delay. A short continuance will not prejudice any party and will allow full participation by counsel at oral argument.

WHEREFORE, Proposed Intervenor Little Rock School District respectfully requests that the Court continue the January 9, 2026 oral argument by a few days.

                                          Respectfully submitted,

                                          Christopher Heller (Ark. Bar No. 81083)
                                          Khayyam M. Eddings (Ark. Bar No. 2002008)
                                          Liz K. Harris (Ark. Bar No. 2018111)
                                          Friday, Eldredge & Clark, LLP
                                          400 West Capitol, Suite 2000
                                          Little Rock, Arkansas 72201-3493
                                          Telephone:  (501) 370-1506
                                          Telephone:  (501) 370-1417
                                          Telephone:  (501) 370-1802
                                          Email:     heller@fridayfirm.com
                                          Email:     keddings@fridayfirm.com
                                          Email:     lharris@fridayfirm.com

By:   _/s/Christopher Heller_____
         Christopher Heller

*Attorneys for Plaintiff Intervenor Little Rock School District*

2