IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GWEN FAULKENBERRY,
SPECIAL RENEE SANDERS,
ANIKA WHITFIELD,
AND KIMBERLY CRUTCHFIELD                                PLAINTIFFS

      V.                    Case No. 4:25-CV-592-DPM

ARKANSAS DEPARTMENT OF EDUCATION;
JACOB OLIVA, in His Official Capacity as Secretary
of the Arkansas Department of Education;

SARAH MOORE, Ph.D., Chairwoman of the
Arkansas State Board of Education;
LISA HUNTER, JEFF WOOD, RANDY HENDERSON,
LEIGH S. KEENER, ADRIENNE WOODS,
KEN BRAGG, KATHY MCFETRIDGE-ROLLINS, AND
GARY ARNOLD, Ph.D., Members of the
Arkansas State Board of Education;

SARAH HUCKABEE SANDERS,
GOVERNOR of the STATE OF ARKANSAS; and

The ARKANSAS DEPARTMENT of FINANCE
and ADMINISTRATION; and
JIM HUDSON, In His Official Capacity as
Secretary of the Arkansas Department of
Finance and Administration                              DEFENDANTS

**PLAINTIFFS' RESPONSE TO THE COURT'S
<u>INQUIRY REGARDING RECUSAL</u>**

Come the Plaintiffs, Gwen Faulkenberry, Special Renee Sanders,

Anika Whitfield, and Kimberly Crutchfield, and for their Response to the Court's inquiry regarding recusal contained in the Court's Order dated and entered December 12, 2025, state:

1. Plaintiffs note and appreciate the Court's disclosure of his past and current relationships with the entities and persons named in the Court's Order.

2. Plaintiffs are of the opinion and belief that such relationships were and are such that will not influence or affect the judgment of the Court in deciding this case.

Respectfully submitted,

**RICHARD MAYS LAW FIRM PLLC**

Richard H. Mays
Ark. Bar No. 61043
Hannah Gore Gipson
Ark. Bar No. 2024124
2226 Cottondale Lane – Suite 210
Little Rock, AR 72202
Tel: 501-891-6116
Email: *rmays@richmayslaw.com*
      *hgoregipson@richmayslaw.com*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the date set forth below a copy of the Response set forth above was served on counsel of record for all parties and Petitioners for Intervention through the Court's ECF electronic service system, as well as through individual electronic mail. Counsel for Plaintiffs is unaware of any other party or attorney who may require service by another method.

Dated: December 29, 2025.                     */s/ Richard H. Mays*
                                                                 Richard H. Mays