IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **GWEN FAULKENBERRY,** *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) **Case No. 4:25-cv-592-DPM** |
| **ARKANSAS DEPARTMENT OF EDUCATION,** *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR LEAVE FOR PRO HAC COUNSEL TO ATTEND HEARING WITHOUT LOCAL COUNSEL

W. Whitfield Hyman and Bryan Cleveland, counsel for Applicants Erika Lara, Katie Parrish, and Nikita Glendenning ("Parents"), respectfully move this Court for permission for pro hac counsel to appear and present oral argument in the above captioned matter without the in-person presence of local counsel.

1. Pro hac counsel from EdChoice Legal Advocates, Bryan Cleveland, is licensed to practice law in Indiana, is a member of good standing of the bar of this Court (admitted *pro hac vice* on December 12, 2025), and is familiar with the Local Rules of this Court.

2. Mr. Cleveland will attend the upcoming oral argument on February 17, 2026, and present the motion to intervene.

3. Requiring the in-person appearance of local counsel in addition to Mr. Cleveland would impose unnecessary costs and burdens on the parties.

4. Mr. Hyman would also incur personal costs from attendance. He resides in Cave Springs, AR, and needs to pick up his children from school on the afternoon of February 17 in Bentonville, Arkansas due to his wife's work schedule.

5. If he attends the hearing in person on February 17, he would personally incur child care costs beyond the costs of his attendance at the hearing.

6. Mr. Hyman reviewed the motion to intervene before filing it and does not intend to offer any argument at the hearing beyond Mr. Cleveland's presentation and the written filings.

7. Mr. Hyman could attend the hearing virtually if needed without incurring unnecessary burdens or costs.

8. When Mr. Hyman agreed to help represent the interests of these intervening applicants, he lived 45 minutes closer to Little Rock, and his wife was only working part time.

9. After the start of this case, Mr. Hyman's wife took on a full time position that makes traveling for fun politically motivating but not financially motivating cases more difficult.

10. Finally, Mr. Hyman has read of and approves of all arguments made for the intervenors, and has nothing of substance that he could possibly add to the legal arguments.

Therefore, Applicants respectfully request that the Court enter an order granting leave for pro hac counsel to appear and argue on behalf of Applicants Erika Lara, Katie Parrish, and Nikita Glendenning without the in-person attendance of local counsel.

Dated: February 9th, 2026          Respectfully submitted,

*/s/ W. Whitfield Hyman*
W. Whitfield Hyman
(Ark. Bar #2013237)
King Law Group, PLLC
300 North 6th Street
Fort Smith, AR 72901
Tel: (479) 782-1125
hyman@arkansaslawking.com

*/s/ Bryan Cleveland*
Bryan G. Cleveland*
Thomas M. Fisher*
EDCHOICE LEGAL ADVOCATES
111 Monument Circle, Suite 2650
Indianapolis, IN 46204
Tel: (317) 681-0745
bcleveland@edchoice.org
tfisher@edchoice.org

Michael E. Bindas*
INSTITUTE FOR JUSTICE
600 University Street, Suite 2710
Seattle, WA 98101
Tel: (206) 957-1300
mbindas@ij.org

*Attorneys for Applicant Parents*
* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, W. Whitfield Hyman, certify that the foregoing pleading has been served upon counsel of all parties of record this 9th day of February, 2026 via the electronic filing system.