# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

GWEN FAULKENBERRY;  SPECIAL
RENEE SANDERS;  KIMBERLY
CRUTCHFIELD;  and ANIKA
WHITFIELD                                                                 PLAINTIFFS


v.                             No. 4:25-cv-592-DPM


ARKANSAS DEPARTMENT OF
EDUCATION;  JACOB OLIVIA,  In His
Official Capacity as the Secretary of the
Arkansas Department of Education;
SARAH MOORE, PH.D., Chairwoman of
the Arkansas State Board of Education;
LISA HUNTER, JEFF WOOD, RANDY
HENDERSON, LEIGH S. KEENER,
ADRIENNE WOODS, KENN BRAGG;
KATHY MCFETRIDGE-ROLLINS, and
GARY ARNOLD, PH.D., MEMBERS OF
THE ARKANSAS STATE BOARD OF
EDUCATION;  SARAH HUCKABEE
SANDERS, Governor of the State of
Arkansas;  ARKANSAS DEPARTMENT
OF FINANCE AND ADMINISTRATION;
and  JIM HUDSON, In His Official
Capacity as the Secretary of the Arkansas
Department of Finance and
Administration                                                            DEFENDANTS

## ORDER

Pursuant to General Order 54, the Court authorizes **Bryan Cleveland** to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock on 17 February 2026 for a hearing in this case.

The following rules apply to this access:

- The devices mentioned may not be used to record, photograph, or film anyone or anything inside the courthouse.

- Cell phones and PDAs must be turned off and put away when in the courtroom.

- Wireless internet components of all electronic devices must be deactivated when in the courtroom.

- Only counsel, and support staff at counsel table, may use laptops in the courtroom.

- Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

- The United States Marshals Service may further restrict electronic devices from entering the building if a threat so requires.

A violation of these rules may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.  A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

12 February 2026