IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GWEN FAULKENBERRY; SPECIAL
RENEE SANDERS; KIMBERLY
CRUTCHFIELD; and ANIKA
WHITFIELD                                                                                          PLAINTIFFS

v.                                  No. 4:25-cv-592-DPM

ARKANSAS DEPARTMENT OF
EDUCATION; JACOB OLIVIA, In His
Official Capacity as the Secretary of the
Arkansas Department of Education;
SARAH MOORE, PH.D., Chairwoman of
the Arkansas State Board of Education;
LISA HUNTER, JEFF WOOD, RANDY
HENDERSON, LEIGH S. KEENER,
ADRIENNE WOODS, KENN BRAGG;
KATHY MCFETRIDGE-ROLLINS, and
GARY ARNOLD, PH.D., Members of the
Arkansas State Board of Education;
SARAH HUCKABEE SANDERS,
Governor of the State of Arkansas;
ARKANSAS DEPARTMENT OF
FINANCE AND ADMINISTRATION;
and JIM HUDSON, In His Official
Capacity as the Secretary of the Arkansas
Department of Finance and
Administration                                                                                     DEFENDANTS

## ORDER

For the reasons stated from the bench at the end of the 17 February 2026 hearing, the state defendants' motion to dismiss, *Doc. 9*, is partly granted and partly denied. The Faulkenberry plaintiffs' First Amendment claim proceeds. All their other claims are dismissed without prejudice. Governor Sanders is dismissed as a defendant. The parents' motion to intervene, *Doc. 2*, in support of the state defendants is granted with permission. Fed. R. Civ. P. 24(b). The Court directs the Clerk to add the parents (Erika Lara, Katie Parrish, and Nikita Glendenning) as intervenors. The Little Rock School District's motion to intervene in support of the Faulkenberry plaintiffs, *Doc. 20*, remains under submission. Amended proposed complaint from LRSD, and a supplemental brief (ten-page limit) on standing, due by 3 March 2026. All other parties may respond with a supplemental brief (ten-page limit) by 17 March 2026. LRSD may reply by 24 March 2026. A Scheduling Order will issue.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 February 2026