# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

GWEN FAULKENBERRY et al.,

    *Plaintiffs,*

                Civil Action No. 4:25-cv-00592-DPM

V.

ARKANSAS DEPARTMENT OF EDUCATION; et al.,

    *Defendants.*

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all Parties of Record

  I, Jordan Broyles, am admitted to practice in this Court and I appear in this case as counsel for all Defendants. I request to be copied on all future notices, pleadings, correspondence, and other papers in this matter from this point forward.

Date: May 21, 2026     Respectfully submitted,


       By: */s/ Jordan Broyles*
         Jordan Broyles, Ark. Bar No. 2015156
         Senior Assistant Attorney General

         Office of the Arkansas Attorney General
         Bob R. Brooks Jr. Justice Building
         101 West Capitol Avenue
         Little Rock, AR 72201
         (501) 301-0169, (501) 682-2591 fax
         jordan.broyles@arkansasag.gov

         *Counsel for Defendants*