**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| GWEN FAULKENBERRY; SPECIAL RENEE SANDERS; ANIKA WHITFIELD; AND KIMBERLY CRUTCHFIELD,<br><br>*Plaintiffs,*<br><br>v.<br><br>ARKANSAS DEPARTMENT OF EDUCATION; JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education; SARAH MOORE, PH.D., chairwoman of the Arkansas State Board of Education; LISA HUNTER; JEFF WOOD; RANDY HENDERSON; LEIGH S. KEENER; ADRIENNE WOODS; KEN BRAGG; KATHY MCFETRIDGE-ROLLINS; AND GARY ARNOLD, PH.D., members of the Arkansas State Board of Education; SARAH HUCKABEE SANDERS, Governor of the State of Arkansas; THE ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION; and JIM HUDSON, in his official capacity as Secretary of the Arkansas Departmetn of Finance and Administration,<br><br>*Defendants.* | Civil Action No. 4:25-cv-00592-DPM |

**JOINT STATUS REPORT**

The Parties, by and through undersigned counsel, for their Joint Status Report pursuant to the Court's Final Scheduling Order (Doc. No. 41), state:

1. The Parties have not conducted any settlement conference and currently have no plans to do so. Further, due to the nature of this lawsuit, the prospects for settlement are low.
2. The Parties are engaging in good faith efforts to advance discovery, including working to schedule depositions.
3. Defendants and Intervenor-Defendants take the position that a trial will be unnecessary, because Plaintiffs' claims fail as a matter of law. Plaintiff's position is that there is a possibility that the case may be decided on motions for summary judgment. Should the case advance to trial, however, the Parties estimate the length of trial to be 3–4 days.
4. Plaintiffs have requested additional time to submit their expert report, so the Parties anticipate filing a joint motion for an extension of time of discovery deadlines later today.

WHEREFORE, the Parties, through their respective undersigned counsel, hereby submit this joint status report to the Court.

Date: July 24, 2026

Respectfully submitted,

TIM GRIFFIN
Attorney General

/s/ Laura Purvis
Laura Purvis (ABN 2023239)
Assistant Attorney General
Autumn Patterson (ABN 2025095)
Solicitor General
Erica Crouse (ABN 2026016)
Assistant Solicitor General

Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 295-7419
(501) 320-3085
autumn.patterson@arkansasag.gov
erica.crouse@arkansasag.gov
laura.purvis@arkansasag.gov

***Counsel for Defendants***

/s/ Bryan G. Cleveland
Thomas M. Fisher*
Bryan G. Cleveland*
**EDCHOICE LEGAL ADVOCATES**
111 Monument Circle, Suite 2650
Indianapolis, IN 46204
Tel: (317) 681-0745
tfisher@edchoice.org
bcleveland@edchoice.org

W. Whitfield Hyman
(Ark. Bar #2013237)
King Law Group, PLLC
300 North 6th Street
Fort Smith, AR 72901
Tel: (479) 782-1125
hyman@arkansaslawking.com

***Counsel for Intervenors***

*Admitted *pro hac vice*

/s/ Richard H. Mays
Richard H. Mays
Ark. Bar No. 61043
2226 Cottondale Lane – Suite 210
Little Rock, AR 72202
Tel: 501-891-6116
E-mail: richard@mggfirm.com
hannah@mggfirm.com

***Counsel for Plaintiffs***