**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

GWEN FAULKENBERRY; SPECIAL RENEE SANDERS; ANIKA WHITFIELD; AND KIMBERLY CRUTCHFIELD,

*Plaintiffs,*

v.

ARKANSAS DEPARTMENT OF EDUCATION; JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education; SARAH MOORE, PH.D., chairwoman of the Arkansas State Board of Education; LISA HUNTER; JEFF WOOD; RANDY HENDERSON; LEIGH S. KEENER; ADRIENNE WOODS; KEN BRAGG; KATHY MCFETRIDGE-ROLLINS; AND GARY ARNOLD, PH.D., members of the Arkansas State Board of Education; SARAH HUCKABEE SANDERS, Governor of the State of Arkansas; THE ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION; and JIM HUDSON, in his official capacity as Secretary of the Arkansas Departmetn of Finance and Administration,

*Defendants.*

Civil Action No. 4:25-cv-00592-DPM

**MOTION TO WITHDRAW AS COUNSEL**

Assistant Attorney General Laura Purvis, attorney for Defendants, for her Motion to Withdraw, states:

1. Assistant Attorney General Laura Purvis respectfully moves to withdraw as counsel for Defendants. AAG Purvis is leaving the employ of the Attorney General's Office and will no longer be involved in this matter. Defendants will continue to be represented by remaining counsel of record.

WHEREFORE, Assistant Attorney General Laura Purvis prays that her motion to withdraw be granted, that she be withdrawn as counsel of record for Defendants, and that all future pleadings, motions, papers, and correspondence be directed to remaining counsel of record.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: /s/ Laura Purvis
Laura Purvis
Ark. Bar No. 2023239
Assistant Attorney General

Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 320-3085
Fax: (501) 682-2591
laura.purvis@arkansasag.gov

*Counsel for Defendants*