**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

GWEN FAULKENBERRY; SPECIAL RENEE SANDERS; ANIKA WHITFIELD; AND KIMBERLY CRUTCHFIELD,

*Plaintiffs,*

v.

ARKANSAS DEPARTMENT OF EDUCATION; JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education; SARAH MOORE, PH.D., chairwoman of the Arkansas State Board of Education; LISA HUNTER; JEFF WOOD; RANDY HENDERSON; LEIGH S. KEENER; ADRIENNE WOODS; KEN BRAGG; KATHY MCFETRIDGE-ROLLINS; AND GARY ARNOLD, PH.D., members of the Arkansas State Board of Education; SARAH HUCKABEE SANDERS, Governor of the State of Arkansas; THE ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION; and JIM HUDSON, in his official capacity as Secretary of the Arkansas Department of Finance and Administration,

*Defendants,*

ERIKA LARA; KATIE PARRISH; AND NIKITA GLENDENNING,

*Intervenor-Defendants.*

Civil Action No. 4:25-cv-00592-DPM

**JOINT STIPULATIONS**

The parties agree to the following stipulations solely for the purposes of authenticating Exhibits 1-9, enclosed herewith:

1. Exhibits 1-8 are true and correct copies of materials published on the official website of Arkansas Governor Sarah Huckabee Sanders. Exhibit 9 is a true and correct copy of materials

published on a webpage, accessible via the official website of the Arkansas Department of Education at arkansasefa.com/.

2. Exhibit 1 is a true and correct copy of the January 23, 2023 press-release post titled "Proclamation on Arkansas Parental Choice Week," available at https://governor.arkansas.gov/news_post/proclamation-on-arkansas-parental-choice-week/.

3. Exhibit 2 is a true and correct copy of the February 27, 2023 press-release post titled "Sanders' Statement on Arkansas LEARNS Bill Filing," available at https://governor.arkansas.gov/news_post/sanders-statement-on-arkansas-learns-bill-filing/.

4. Exhibit 3 is a true and correct copy of the March 29, 2024 press-release post titled "ICYMI: OPINION | SARAH HUCKABEE SANDERS: Arkansas Education Plan is Conservative Blueprint for Nationwide Success," available at https://governor.arkansas.gov/news_post/icymi-opinion-sarah-huckabee-sanders-arkansas-education-plan-is-conservative-blueprint-for-nationwide-success/.

5. Exhibit 4 is a true and correct copy of the April 1, 2024 press-release post titled "Governor Sanders Announces Additional Families Eligible for Education Freedom Account Program," https://governor.arkansas.gov/news_post/governor-sanders-announces-additional-families-eligible-for-education-freedom-account-program/.

6. Exhibit 5 is a true and correct copy of the April 10, 2024 press-release post titled "Governor Sanders Delivers State of the State Address," with the Governor's remarks as prepared for her April 10, 2024 State of the State Address, https://governor.arkansas.gov/news_post/governor-sanders-delivers-state-of-the-state-address/.

7. Exhibit 6 is a true and correct copy of the January 14, 2025 press-release post titled "Governor Sanders Delivers State of the State Address," with the Governor's remarks as prepared for her January 14, 2025 State of the State Address, available at https://governor.arkansas.gov/news_post/governor-sanders-delivers-state-of-the-state-address-2/.

8. Exhibit 7 is a true and correct copy of the January 16, 2026 press-release post titled "Arkansas to Participate in President Trump's Federal Tax Credit Scholarship Program for School Choice," available at https://governor.arkansas.gov/news_post/arkansas-to-participate-in-president-trumps-federal-tax-credit-scholarship-program-for-school-choice/.

9. Exhibit 8 is a true and correct copy of the April 8, 2026 press-release post titled "Governor Sanders Delivers State of the State Address," with the Governor's remarks as prepared for her April 8, 2026 State of the State Address, as published on the official website of the Governor of Arkansas, available at https://governor.arkansas.gov/news_post/governor-sanders-delivers-state-of-the-state-address-3/.

10. Exhibit 9 is a true and correct copy of a webpage accessible via the official website of the Arkansas Department of Education titled "Education Freedom Account Student Application," available at arkansasefa.com/.

11. The parties do not stipulate to the truth of any statement contained in the exhibits, the relevance or admissibility of the exhibits or their contents, whether any remarks prepared for delivery were actually delivered, or whether the exhibits establish any person's subjective intent or personal knowledge. All objections other than authenticity are preserved.

Date: October 2, 2026 Respectfully submitted,

TIM GRIFFIN
Attorney General

M. Erica Crouse
Ark. Bar No. 2026016
Assistant Solicitor General

Skylar Burton
Ark. Bar No. 2026120
Assistant Solicitor General

Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
(501) 682-1019
erica.crouse@arkansasag.gov
skylar.burton@arkansasag.gov

***Counsel for Defendants***

Bryan G. Cleveland
EdChoice Legal Advocates
111 Monument Circle, Suite 2650
Indianapolis, IN 46204
(317) 681-0745
bcleveland@edchoice.org

***Counsel for Intervenor Defendants***

Richard H. Mays
Ark. Bar No. 61043
2226 Cottondale Lane – Suite 210
Little Rock, AR 72202
(501) 891-6116
Richard@mggfirm.com

***Counsel for Plaintiffs***