**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**Gwen Faulkenberry; Special Renee Sanders; Anika Whitfield; and Kimberly Crutchfield,**

***Plaintiffs,***

**Civil Action No. 4:25-cv-00592-DPM**

**v.**

**Arkansas Department of Education; Jacob Oliva, in his official capacity as Secretary of the Arkansas Department of Education; Sarah Moore, Ph.D., chairwoman of the Arkansas State Board of Education; Lisa Hunter; Jeff Wood; Randy Henderson; Leigh S. Keener; Adrienne Woods; Ken Bragg; Kathy McFetridge-Rollins; and Gary Arnold, Ph.D., members of the Arkansas State Board of Education; Sarah Huckabee Sanders, Governor of the State of Arkansas; the Arkansas Department of Finance and Administration; and Jim Hudson, in his official capacity as Secretary of the Arkansas Department of Finance and Administration,**

***Defendants,***

**Erika Lara; Katie Parrish; and Nikita Glendenning,**

***Intervenor-Defendants.***

**JOINT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DISCOVERY REQUESTS**
**AND**
**FOR EXTENSION OF DEADLINE FOR DISPOSITIVE MOTIONS**

Come the Plaintiffs, by their attorney, Richard H. Mays of Mays Gore Gipson, PLLC, and come the Defendants, by their attorneys, M. Erica Crouse and Skylar Burton, Assistant Solicitors General of the State of Arkansas; and for their Joint Motion for Extension Of Time To Respond To Discovery Requests And For Extension Of Deadline For Dispositive Motions, state:

1. On or about September 28, 2026, Defendants propounded to the Plaintiffs discovery requests in the form of Interrogatories and Requests for Production of Documents, and separate Requests for Admissions to each of the Plaintiffs herein. Answers on behalf of each of the Plaintiffs have been prepared to those discovery documents, and those Answers are being approved and verified by the individual Plaintiffs. Some of the Plaintiffs are not located in Little Rock, are employed in schools or other employment which they are unable to leave during the week to come to their counsel's office to sign the verifications.

2. Counsel for the Defendants have graciously agreed to extend the deadline for submission of the Responses to the discovery requests to and through November 9, 2026. Further, to accommodate future deadlines, the parties have agreed, subject to the approval of the Court, to request that the current deadline of November 12, 2026, for filing of dispositive motions be rescheduled for a period of seven (7) days to and through November 19, 2026.

**WHEREFORE**, the parties to this case hereby jointly pray that the Court grant their Motion for Extension of Time to Respond to Discovery Requests, and for Extension of the Deadline to File Dispositive Motions; and for all other legal, equitable and proper relief.

Respectfully submitted,

**MAYS GORE GIPSON, PLLC**

/s/ Richard H. Mays
Richard H. Mays (Ark. Bar No. 61043)
Hannah Gore Gipson (Ark. Bar No. 2024124)
2226 Cottondale Lane – Suite 210
Little Rock, AR 72202
Tel: 501-891-6116
E-mail: richard@mggfirm.com
hannah@mggfirm.com
***Counsel for Plaintiffs***

**TIM GRIFFIN**
**Attorney General of Arkansas**

M. Erica Crouse
Ark. Bar No. 2026016
Assistant Solicitor General

Skylar Burton
Ark. Bar No. 2026120
Assistant Solicitor General

Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
(501) 682-2007
erica.crouse@arkansasag.gov
skylar.burton@arkansasag.gov
***Counsel for Defendants***

Thomas M. Fisher"'
Bryan G. Cleveland*
**EDCHOICE LEGAL ADVOCATES**
111 Monument Circle, Suite 2650
Indianapolis, IN 46204
Tel: (317) 681-0745
tfisher@edchoice.org
bcleveland@edchoice.org
***Counsel for Intervenors***

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below a copy of the Motion set forth above was served on all counsel of record through the Court's ECF electronic service system. Counsel for Plaintiffs is unaware of any other party or attorney who may require service by another method.

Dated: October 30, 2026.

/s / Richard H. Mays
Richard H. Mays