**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

GWEN FAULKENBERRY; SPECIAL RENEE SANDERS; ANIKA WHITFIELD; AND KIMBERLY CRUTCHFIELD,

*Plaintiffs,*

v.

ARKANSAS DEPARTMENT OF EDUCATION; JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education; SARAH MOORE, PH.D., chairwoman of the Arkansas State Board of Education; LISA HUNTER; JEFF WOOD; RANDY HENDERSON; LEIGH S. KEENER; ADRIENNE WOODS; KEN BRAGG; KATHY MCFETRIDGE-ROLLINS; AND GARY ARNOLD, PH.D., members of the Arkansas State Board of Education; SARAH HUCKABEE SANDERS, Governor of the State of Arkansas; THE ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION; and JIM HUDSON, in his official capacity as Secretary of the Arkansas Department of Finance and Administration,

*Defendants,*

ERIKA LARA; KATIE PARRISH; AND NIKITA GLENDENNING,

*Intervenor-Defendants.*

Civil Action No. 4:25-cv-00592-DPM

**PARTIES' JOINT STATUS REPORT**

Come now, the parties herein, by and through undersigned counsel, and for their Joint Status Report pursuant to the Court's request in the Final Scheduling Order (Dkt. No. 41, at 2), and state:

1. The parties have substantially completed discovery. Plaintiffs' counsel is actively in the process of obtaining the remaining discovery responses and verifications from one Plaintiff.

2. The parties have conferred regarding the prospects of settlement. The parties agree that there are no prospects for settlement. They have not conducted a settlement conference and currently have no plans to do so.

3. The parties expect to file dispositive motions on all claims. If issues remain following the Court's decision and a trial is necessary, the parties estimate the length of trial to be 2 days.

WHEREFORE, the parties through their respective undersigned counsel hereby submit this joint status report to the Court and for all other just and proper relief.

Date: November 12, 2026

Respectfully submitted,

TIM GRIFFIN
Attorney General

M. Erica Crouse
Ark. Bar No. 2026016
Assistant Solicitor General

Skylar Burton
Ark. Bar No. 2026120
Assistant Solicitor General

Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
(501) 682-2007
(501) 682-2591 fax
erica.crouse@arkansasag.gov
skylar.burton@arkansasag.gov

***Counsel for Defendants***

Bryan G. Cleveland
EdChoice Legal Advocates
111 Monument Circle, Suite 2650
Indianapolis, IN 46204
(317) 681-0745
bcleveland@edchoice.org

***Counsel for Intervenor Defendants***

Richard H. Mays
Ark. Bar No. 61043
2226 Cottondale Lane – Suite 210
Little Rock, AR 72202
(501) 891-6116
Richard@mggfirm.com
Hannah@mggfirm.com

***Counsel for Plaintiffs***