**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| GWEN FAULKENBERRY; SPECIAL RENEE SANDERS; ANIKA WHITFIELD; AND KIMBERLY CRUTCHFIELD,<br>*Plaintiffs,*<br><br>v.<br><br>ARKANSAS DEPARTMENT OF EDUCATION; JACOB OLIVA, in his official capacity as Secretary of the Arkansas Department of Education; SARAH MOORE, PH.D., chairwoman of the Arkansas State Board of Education; LISA HUNTER; JEFF WOOD; RANDY HENDERSON; LEIGH S. KEENER; ADRIENNE WOODS; KEN BRAGG; KATHY MCFETRIDGE-ROLLINS; AND GARY ARNOLD, PH.D., members of the Arkansas State Board of Education; SARAH HUCKABEE SANDERS, Governor of the State of Arkansas; THE ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION; and JIM HUDSON, in his official capacity as Secretary of the Arkansas Department of Finance and Administration,<br>*Defendants,*<br><br>ERIKA LARA; KATIE PARRISH; AND NIKITA GLENDENNING,<br>*Intervenor-Defendants.* | Civil Action No. 4:25-cv-00592-DPM |

**INTERVENOR-DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

In compliance with Local Rule 56.1(a), Intervenor-Defendants Erika Lara, Katie Parrish, and Nikita Glendenning ("Parent Intervenors") submit the following statement of the material facts as to which they contend there is no genuine dispute to be tried.

**STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. A traditional public school is open and available to every student in Arkansas. *See* Ex. 1, Enrollment Count by School, 2026-27, Ark. Dep't of Educ., https://adedata.arkansas.gov/statewide/reportlist/schools/EnrollmentCount.aspx.
2. The Arkansas Children's Educational Freedom Account Program ("EFA Program") gives parents the option to obtain a scholarship for educational expenses instead of enrolling their child in a public school. Ark. Code §§ 6-18-2501 to -2511. Families may use these scholarship accounts to pay for a broad array of educational expenses for private schools, home school, or microschools. *Id.* § 6-18-2503.
3. No Arkansas student participates in the EFA Program without express opt-in from their parent or legal guardian. Ex. 2, Transcript of Deposition of Darrell Smith (hereinafter Smith Tr). at 108:22–25.

## I. The Arkansas Children's Educational Freedom Account ("EFA") Program

4. The EFA Program is available to all children who reside in Arkansas and are eligible to enroll in Arkansas public schools. Ark. Code § 6-18-2506(a); Ex. 2, Smith Tr. at 108:15–21.
5. Arkansas parents and guardians may enroll their eligible children in the EFA Program. Ark. Code § 6-18-2506(e).
6. For each child enrolled in the EFA program, the vendor ClassWallet creates a scholarship account in the child's name. Ex. 2, Smith Tr. at 41:25–42:9; 81:7–19; 111:7–10; Ex. 3, Intervenor-Defendant Erika Lara's Responses to Defendants' First Set of

Interrogatories (hereinafter Lara Interrogatory Responses) at 4; Ex. 4, Intervenor-Defendant Katie Parrish's Responses to Defendants' First Set of Interrogatories (hereinafter Parrish Interrogatory Responses) at 4; Ex. 5, Intervenor-Defendant Nikita Glendenning's Responses to Defendants' First Set of Interrogatories (hereinafter Glendenning Interrogatory Responses) at 7.

7. Each enrolled student's scholarship account receives funds equal to ninety percent of the prior year's statewide foundation funding per student. Ark. Code § 6-18-2505(a)(1).

8. Parents and guardians may use their student's scholarship funds for a broad array of educational expenses, including tuition and fees at a private school, college, or vocational training center, homeschooling curricula, tutoring, examinations for industry-based credentials, and services by licensed or accredited providers for students with disabilities. *Id.* § 6-18-2503(13); Ex. 2, Smith Tr. at 39:25–40:17.

9. Parents direct the funds toward educational expenses through a portal maintained by the vendor ClassWallet. Ex. 2, Smith Tr. at 40:12–17, 41:25–42:9; Ex. 3, Lara Interrogatory Responses at 4; Ex. 4, Parrish Interrogatory Responses at 4; Ex. 5, Glendenning Interrogatory Responses at 7.

10. The Arkansas Department of Education maintains a list of schools and other service providers that it has approved for participation in the EFA Program. Ark. Code § 6-18-2507(d).

11. Private schools and other providers decide for themselves whether to apply for inclusion in the EFA Program. Ex. 2, Smith Tr. at 59:23–60:6 (schools); *id.* at 76:21–77:23 (other vendors). They must reapply annually to be included in the EFA Program. *Id.* at 60:3–6, 78:10–11.

12. The primary criteria for provider inclusion is accreditation, which does not include consideration of religious status, content, or practice. Ex. 2, Smith Tr. at 33:13–34:10.
13. Religious status, affiliation, practice, exercise, or content are not criteria for provider inclusion. Ark. Code § 6-18-2507(a), (c); 6 C.A.R. § 35-107 (2026); Ex. 2, Smith Tr. at 33:6–34:10.
14. Parents like Intervenor Parents, and not the State Defendants, choose how to spend scholarship funds among the approved providers. Ex. 2, Smith Tr. at 50:14–51:1; Ex. 3, Lara Interrogatory Responses at 4; Ex. 4, Parrish Interrogatory Responses at 4; Ex. 5, Glendenning Interrogatory Responses at 7.
15. Parents do not always choose to spend scholarship funds on private school education. Ex. 2, Smith Tr. at 51:18–52:17. Parents also choose to spend scholarship funds on microschools and homeschooling. *Id.*; *see also id.* at 58:13–25.
16. The Arkansas Department of Education reviews parent expenses to determine whether those expenditures are eligible under the program rules. Ex. 2, Smith Tr. at 55:12–21, 56:8–57:19; Ex. 3, Lara Interrogatory Responses at 4; Ex. 5, Glendenning Interrogatory Responses at 7.
17. The Arkansas Department of Education never directs scholarship funds to a private school or any other education provider; under the terms of the EFA Program, only parents can direct the funds to an education provider. Ex. 2, Smith Tr. at 111:11–20.
18. For the 2025–26 school year, 59.94 percent of EFA Program participants attended private schools, 37.15 percent attended homeschool, and just under 3 percent attended microschools. Ex. 6, Misty Gallo et al., *2025–26 Arkansas Education Freedom Accounts Program Annual Report*, Dep't of Educ. Reform, University of Arkansas, Sept. 2026, https://bpb-us-

e1.wpmucdn.com/wordpressua.uark.edu/dist/9/544/files/2026/10/2025_26-Arkansas-EFA-Report_Final.pdf.

## II. Intervenor-Parents' Use of the EFA Program

19. Intervenor Erika Lara's two sons attend private Catholic schools in Little Rock. Ex. 7, Declaration of Erika Lara (hereinafter Lara Decl.) ¶ 2. Her older son attends Catholic High School for Boys, while her younger son attends St. Theresa Catholic School. *Id.*

20. Lara uses the EFA Program to pay for tuition for her children. *Id.* ¶¶ 5, 9–10.

21. Intervenor Katie Parrish's son attends Arrows Academy, a school that combines individual instructions with therapy for children with autism. Ex. 8, Declaration of Katie Parrish (hereinafter Parrish Decl.) ¶¶ 3, 6. That school is in Paragould. *See* Exs. 16, 17, School Finder, School Choice Arkansas, https://app.schoolchoicear.org/ (filtered by schools, local, Private (EFA-approved) and Private (Non-EFA)).

22. Parrish uses the EFA Program to pay for part of the tuition for her son. Ex. 8, Parrish Decl. ¶ 8.

23. Intervenor Nikita Glendenning homeschools her two school-aged children. Ex. 9, Declaration of Nikita (hereinafter Glendenning Decl.) ¶¶ 2, 6–7.

24. Glendenning uses the EFA Program to purchase books, curricula, supplemental materials, and specialized tutoring for her children. *Id.* ¶ 7.

25. The Glendenning family has no religious affiliation and has not spent any scholarship funds on religious material or curriculum. *Id.* ¶ 8.

26. All three Intervenor-Parents have decided how to spend their children's education funds from the EFA Program. Ex. 7, Lara Decl. ¶¶ 3 –9; Ex. 8, Parrish Decl. ¶¶ 4–7; Ex. 9, Glendenning Decl. ¶¶ 6–9.

## III. Plaintiffs' Use of the EFA Program

27. Plaintiff Gwen Faulkenberry has not had any interactions with the EFA Program and has no current plans or intentions to do so. Ex. 10, Response of Plaintiff Gwen Faulkenberry to Defendants' First Set of Interrogatories and Requests for Production at 3.

28. Plaintiff Special Renee Sanders has not had any interactions with the EFA Program and has no current plans or intentions to do so. Ex. 11, Response of Plaintiff Special Renee Sanders to Defendants' First Set of Interrogatories and Requests for Production at 3.

29. Plaintiff Anika Whitfield does not have children. Ex. 12, Response of Plaintiff Anika Whitfield to Defendants' First Set of Interrogatories and Requests for Production at 2. In addition, she has not had any interactions with the EFA Program and has no current plans or intentions to do so for the one child of whom she is a legal guardian. *Id.* at 3; Compl. ¶ 13.

30. Plaintiff Kimberly Crutchfield resides in Pulaski County and has enrolled her children in public schools there. Compl. ¶ 12.

## IV. Types of Schools in Arkansas

31. Arkansas has 909 traditional public schools. Ex. 1, Enrollment Count by School, 2026-27, Ark. Dep't of Educ., https://adedata.arkansas.gov/statewide/reportlist/schools/EnrollmentCount.aspx (reporting 1041 schools, including the 30 magnet schools and 102 charter schools noted below).

32. Every county in Arkansas has at least one traditional public school. *See id.*; Ex. 13, County List – School, Ark. Dep't of Educ., https://adedata.arkansas.gov/statewide/reportlist/Counties/CountyListSchool.aspx.

33. Arkansas has 30 magnet schools. Ex. 14, Magnet Schools by School, 2026-2027, Arkansas Dep't of Educ., https://adedata.arkansas.gov/statewide/reportlist/schools/MagnetSchools.aspx.

34. Seven counties in Arkansas have magnet schools: Chicot, Craighead, Crittenden, Garland, Hempstead, Miller, and Pulaski. *Compare id.*, *with* Ex. 13, County List – School, 2026-2027, Ark. Dep't of Educ., https://adedata.arkansas.gov/statewide/reportlist/Counties/CountyListSchool.aspx.

35. Arkansas has 102 charter schools. Ex. 15, Charter Schools by School, 2026–2027, Arkansas Dep't of Educ., https://adedata.arkansas.gov/statewide/reportlist/schools/CharterSchools.aspx.

36. Twenty-one counties in Arkansas have in-person charter schools: Baxter, Benton, Boone, Crawford, Crittenden, Cross, Garland, Grant, Independence, Jackson, Jefferson, Lawrence, Lonoke, Montgomery, Phillips, Pulaski, Saline, Searcy, Sebastian, Sharp, and Washington. *Compare id.*, *with* Ex. 13, County List – School, 2026–2027, Ark. Dep't of Educ., https://adedata.arkansas.gov/statewide/reportlist/Counties/CountyListSchool.aspx.

37. Students in all counties in Arkansas have access to online charter schools: Arkansas Virtual Academy, Fayetteville Virtual Academy, Fort Smith Virtual Academy, iSchool Virtual Academy of Arkansas. Ex. 15, Charter Schools by School, 2026–2027, Arkansas Dep't of Educ., https://adedata.arkansas.gov/statewide/reportlist/schools/CharterSchools.aspx.

38. The enrollment of online charter schools is as follows: Arkansas Virtual Academy, 5,861 students, Fayetteville Virtual Academy, 138 students, Fort Smith Virtual Academy, 76 students, and iSchool Virtual Academy of Arkansas, 66 students. Ex. 1, Enrollment

Count by School, 2026-27, Ark. Dep't of Educ., https://adedata.arkansas.gov/statewide/reportlist/schools/EnrollmentCount.aspx

39. Arkansas has 197 in-person private schools. Exs. 16, 17, School Finder, School Choice Arkansas, https://app.schoolchoicear.org/ (filtered by schools, local, Private (EFA-approved) and Private (Non-EFA)); *see also* Children's House Montessori School, https://www.chmlr.org/ (errantly marked as online in the school finder database).

40. Twenty-seven Arkansas counties have no in-person private schools: Calhoun, Chicot, Clay, Cleveland, Dallas, Drew, Franklin, Fulton, Lawrence, Lincoln, Madison, Marion, Mississippi, Monroe, Montgomery, Nevada, Newton, Perry, Poinsett, Polk, Prairie, Scott, Searcy, Sharp, Sheridan, Stone, and Woodruff. *See* Ex. 18, School Year 2025-26 ADE List of Known Arkansas Private Schools by County, Ark. Dep't of Educ., https://dese.ade.arkansas.gov/Files/SY_25-26_Current_List_of_Known_Arkansas_Private_Schools_by_County_%28002%29_OSEFP.pdf; Exs. 16, 17, School Finder, School Choice Arkansas, https://app.schoolchoicear.org/ (filtered by schools, local, Private (EFA-approved) and Private (Non-EFA)) (listing no school in Sheridan for 2026–27, despite the 2025–26 list including one).

41. For eight counties in Arkansas, no in-person private school participates in the EFA: Ashley, Bradley, Izard, Johnson, Little River, Pike, Van Buren, and Yell. Ex. 19, EFA Approved Schools, Ark. Dep't of Educ., https://docs.google.com/spreadsheets/d/13LOdkRclSr8XXtf9GgroB4ERkBiPAwY0Rjko3k5sAZQ/edit?gid=0#gid=0; Ex. 18, School Year 2025-26 ADE List of Known Arkansas Private Schools by County, Ark. Dep't of Educ., https://dese.ade.arkansas.gov/Files/SY_25-

26_Current_List_of_Known_Arkansas_Private_Schools_by_County_%28002%29_OSEFP.pdf; Exs. 16, 17, School Finder, School Choice Arkansas, https://app.schoolchoicear.org/ (filtered by schools, local, Private (EFA-approved) and Private (Non-EFA)).

42. Nineteen online private schools are available to students living in every county in Arkansas. Exs. 20, 21, School Finder, School Choice Arkansas, https://app.schoolchoicear.org/ (filtered by schools, online, Private (EFA-approved) and Private (Non-EFA)); *see also* Children's House Montessori School, https://www.chmlr.org/ (errantly marked as online in the school finder database).

43. One hundred fourteen publicly listed microschools exist in Arkansas. Exs. 22, 23, School Finder, School Choice Arkansas, https://app.schoolchoicear.org/ (filtered by microschools, local); Exs. 24, 25, School Finder, School Choice Arkansas, https://app.schoolchoicear.org/ (filtered by microschools, online). 81 are in-person, 30 are online, and 3 offer both in-person and online options. *See id.*

44. Every family in Arkansas may homeschool their children. *See* Ark. Code § 6-15-503.

## V. Arkansas School Choice Transfers

45. Arkansas maintains a program where almost every student in a traditional public school may transfer to another traditional public school within the district (resident district) or in another district (nonresident district). Ark. Code § 6-18-1903; Ex. 26, School Choice, Arkansas Department of Education, https://dese.ade.arkansas.gov/Offices/office-of-school-choice-and-parent-empowerment/school-choice.

46. The only students ineligible for interdistrict transfer are those who reside in two districts exempted by court order. Ark. Code § 6-18-1906; Ex. 26, School Choice, Arkansas

Department of Education, https://dese.ade.arkansas.gov/Offices/office-of-school-choice-and-parent-empowerment/school-choice.

47. Students who transfer from one public school to another do not pay any tuition for their education at a different public school because state aid for public schools includes transfer students in the amount paid to each district. Ark. Code § 6-18-1904(e).

**VI. Religious Population in Arkansas**

48. The Arkansas population is more religious than the United States generally. 82% of Arkansas adults identify as religious, while only 69% of U.S. adults identify as religious. Ex. 27, 2023-24 U.S. Religious Landscape Study Interactive Database, Pew Research Center, https://www.pewresearch.org/religious-landscape-study/state/arkansas/; Ex. 28, Gregory A. Smith et al., *Decline of Christianity in the U.S. Has Slowed, May Have Leveled Off: Findings from the 2023–24 Religious Landscape Study*, Pew Research Center, https://www.pewresearch.org/wp-content/uploads/sites/20/2025/02/PR_2025.02.26_religious-landscape-study_report.pdf.

49. As of 2022, 82.6% of Arkansas's private schools were religious schools. Ex. 29, Distribution of Public and Private Schools Arkansas, Learning Policy Institute, https://learningpolicyinstitute.org/sites/default/files/2025-03/pub_private_Arkansas_MAP.pdf.

Dated: November 19, 2026

Respectfully submitted,

*/s/ Bryan G. Cleveland*
Thomas M. Fisher*
Bryan G. Cleveland*
EDCHOICE LEGAL ADVOCATES
111 Monument Circle, Suite 2650
Indianapolis, IN 46204
Tel: (317) 681-0745
tfisher@edchoice.org
bcleveland@edchoice.org

W. Whitfield Hyman
(Ark. Bar #2013237)
King Law Group, PLLC
300 North 6th Street
Fort Smith, AR 72901
Tel: (479) 782-1125
hyman@arkansaslawking.com

*Attorneys for Parent Intervenors*
* Admitted *pro hac vice*